UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:20mj03420 Goodman - 3CBU

UNITED STATES OF AMERICA,

v.

MARK BARAHONA,

Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?  __Yes   X  No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?  __Yes   X  No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?  __Yes   X  No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By:   /s/ Hayden P. O'Byrne
Hayden P. O'Byrne
Assistant United States Attorney
Florida Bar No. 60024
United States Attorney's Office
99 Northeast 4th Street
Miami, FL. 33132-2111
Tel: (305) 961-9447
Hayden.obyrne@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 1:20mj03420 Goodman - 3CBU |
| MARK BARAHONA, a/k/a Battleoflies#1040, a/k/a Cocaine#533, a/k/a markbarahona@gmail.com, a/k/a Cocaine#1187, a/k/a battleoflies@gmail.com | ) ) ) ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 1, 2020__ in the county of __Miami-Dade__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(4)(B) | Posession of Child Pornography |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jenny Cerna, Deputy U.S. Marshal, TFO FBI
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Facetime

Date: 8/20/2020

_____
*Judge's signature*

City and state: Miami, Florida    Jonathan Goodman, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Jenny Cerna, a deputy US Marshal being duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18 of the United States Code. That is, I am an officer of the United States who is empowered by law to conduct investigations of, and make arrests for, offenses enumerated in Title 18, United States Code, Sections 2422, 2423, 2251, and 2252, et seq.

2. I am a detective with the Miami Beach Police Department and have been a law enforcement officer since June 2000. I have been deputized as a US Marshall and am currently assigned to the Federal Bureau of Investigations (FBI) Child Exploitation Task Force. I am also a member of the Internet Crimes Against Children Task Force (ICAC). I have been conducting ICAC investigations and have been a Special Victims detective since January 2008. In that capacity, I have investigated over 200 cases concerning sexual battery, child exploitation, and internet crimes against children. I have attended approximately 200 hours of training related to Computer Crimes and Internet Crimes Investigations. I have been trained and certified to conduct Peer-2-Peer file sharing investigations on the internet. I am also a member of the Law Enforcement Against Child Harm Task Force (LEACH), which is a multi-agency task force focused on the investigation and prosecution of child exploitation facilitated by the use of the internet.

3. I have participated in investigations involving pedophiles, preferential child molesters, and persons who collect and/or distribute child pornography, along with the importation and distribution of materials relating to the sexual exploitation of children. I have received training in the area of child pornography and child exploitation, and, during the course of my duties,

1

I have observed and reviewed examples of child pornography. I have also conducted several child pornography and child exploitation investigations, which have involved reviewing examples in all forms of media including computer media, and have discussed and reviewed these materials with other law enforcement officers.

4. This Affidavit is submitted in support of a criminal complaint which charges MARK BARAHONA ("BARAHONA") with possession of visual depictions of minors engaged in sexually explicit conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2).

5. The information set forth in this affidavit comes from my personal involvement in this investigation, as well as from information provided to me by other law enforcement officers and people with knowledge of the case. This affidavit does not represent every fact law enforcement knows about this investigation but is submitted for the limited purpose of establishing probable cause for the issuance of the criminal complaint against BARAHONA for the aforementioned criminal violations.

## SUMMARY OF THE INVESTIGATION

6. In the course of your affiant's work, I regularly receive CyberTips from various Electronic Service Providers (ESP) containing reports of users of those ESPs distributing child pornography. Between August 22, 2019 and May 29, 2020 your affiant received 6 CyberTips from an ESP named Discord. Discord is a communications platform utilized by gamers where members can communicate via voice and text based communications. Users of Discord can also send files including image files to other Discord users. The CyberTips that your affiant received from Discord indicated that users with Discord usernames Battleoflies#1040, Cocaine#533, and Cocaine#1187 had distributed images of suspected child pornography to other Discord users on various dates and times

2

including the following:

    a. CyberTip 53959705 contained information showing that username Battleoflies#1040 had distributed an image named "1.jpg" via Discord on July 12, 2019. Your affiant has viewed this image. This image depicts what appears to be 2 prepubescent females. The females are wearing stockings and are otherwise nude. One of the prepubescent females has the penis of an adult male in her mouth.

    b. CyberTip 53961837 contained information showing that username Battleoflies#1040 had distributed an image named "3.jpg" via Discord on July 12, 2019. Your affiant has viewed this image. This image depicts what appears to be a nude prepubescent female. The female has her hands on her breasts and has her legs spread exposing her nude genitals.

    c. CyberTip 65862296 contained information showing that username Cocaine#1187 had distributed an image named "soccer-daddy-blowjob.png" via Discord on March 12, 2020. Your affiant has viewed this image. This image depicts what appears to be a prepubescent female sitting on a couch. The female has an adult male's penis in her mouth. The female can also be seen spreading apart her nude genitals with her fingers.

7. The CyberTips provided by Discord also contained identifying information about the aforementioned Discord users including that the accounts were associated with email addresses battleoflies@gmail.com and barahonamark@gmail.com. The CyberTips also contained the IP Address utilized to access the aforementioned Discord accounts from on or about July 12, 2019 until May 28, 2020. Every CyberTip received pertaining to the captioned investigation listed IP Address 172.1.180.243 as the IP Address utilized to distribute the suspected images of child pornography. A

subpoena was served to AT&T to identify the subscriber of IP Address 172.1.180.243. AT&T responded that IP address 172.1.180.243 was originally assigned to a subscriber at the address 634 Jefferson Ave, Apt. 1, Miami Beach, FL (the "Residence") on November 2, 2017 and was still assigned to the Residence as of April 28, 2020.

8. BARAHONA resides at the Residence. On July 1, 2020, your affiant and another law enforcement officer conducted a voluntary interview of BARAHONA at the Residence. BARAHONA was advised that he was not under arrest. During the interview BARAHONA admitted that he had utilized the aforementioned Discord usernames. BARAHONA further admitted that he had distributed images of child pornography to some of his friends via Discord. Indeed, BARAHONA admitted that he believed his first Discord account, which he identified as "battleoflies" was terminated for distributing child pornography, yet he opened a new Discord account, which he identified as "cocaine", and continued to distribute child pornography on Discord. BARAHONA advised that he had been viewing child pornography for approximately 2 years and that he would typically delete it after viewing it. BARAHONA stated that he would utilize the Tor Browser to obtain child pornography.[1] BARAHONA took a law enforcement officer to his bedroom and showed the officer the laptop computer he used to view and distribute images of child pornography. BARAHONA signed a consent form allowing law enforcement to take possession of and search the laptop computer located in his bedroom which he admitted was his; an HP Envy laptop with serial number 8CG848X1Z.

9. A search of BARAHONA's laptop resulted in over 100 images of suspected child pornography being recovered from the deleted space and cache thumbnails including the following:

---

[1] Tor Browser is a web browser that allows users to access websites anonymously.

4

a. An image depicting what appears to be a prepubescent female with an adult male's penis in her mouth.

b. An image containing 16 time lapsed images from a video file depicting what appears to be a prepubescent female with an adult male's penis in her vagina. The image file is captioned "6yo_daughter_fuck.mp4".

c. An image containing 16 time lapsed images from a video file depicting what appears to be a prepubescent female. Some of the images depict the prepubescent female with an adult male's penis in her mouth. Some of the images depict the prepubescent female with an adult male's penis in her anus. The image file is captioned "10yo sucks anal.mp4".

10. BARAHONA's laptop computer also contained evidence indicating that BARAHONA was the sole or primary user of the laptop computer. For example:

a. A web browser on BARAHONA's laptop has stored credentials for email address "battleoflies@gmail.com" with the account's true name listed as "Mark Barahona." There are also logins to Discord and Twitter with the same email address. There are multiple logins to the Miami Dade Schools website account belonging to BARAHONA (who attended Miami Beach High School until this year) and a login to the Florida Virtual School website in an account named 'mbarahona.' There are also stored web browser credentials for website grammarly.com with email address barahonamark@gmail.com.

b. BARAHONA's laptop computer contained a single Windows Operating System user created account named "battl" which bears similarity to his admitted Discord username "Battleoflies#1040". Within the "documents" folder of the "battl" user account was a file named "Job Resume.pdf" which contained a copy of BARAHONA's resume.

5

BARAHONA's resume listed his email address as barahonamark@gmail.com which matches an email address associated with the aforementioned Discord user accounts that BARAHONA acknowledged having utilized to distribute child pornography.

   c.   There is at least one photograph of BARAHONA on the laptop computer.

   d.   A settings file for a computer video game was located on BARAHONA's laptop computer. That settings file indicated that the video game software was registered with email address battleoflies@gmail.com which matches an email address associated with the aforementioned Discord user accounts that BARAHONA acknowledged having utilized to distribute child pornography.

   e.   A screenshot found on BARAHONA's laptop computer captured a screenshot of a video game. The active username visible in the screenshot is "COCAINE" which matches one of the usernames from the aforementioned CyberTips. The screenshot was an image file that appeared to have been created by a user of the computer utilizing the 'Print Screen' button on a keyboard or some other computer software that captured the content visible on the computer's screen at a particular point in time. The Windows Operating System clock was visible in the screenshot at the bottom right corner of the image. The date and time displayed was June 26, 2020 at 3:21 AM.

   f.   Another screenshot found on BARAHONA's laptop computer captured an image of what appears to be a minor female with an adult male's penis in her vagina. The screenshot shows that the user of the computer, presumably BARAHONA, was utilizing the Tor Browser to view the image which is consistent with BARAHONA's statement to law enforcement. The screenshot was an image file that appeared to have been created by a user

6

of the computer utilizing the 'Print Screen' button on a keyboard or some other computer software that captured the content visible on the computer's screen at a particular point in time. The Windows Operating System clock was visible in the screenshot at the bottom right corner of the image. The date and time displayed was June 27, 2020 at 1:50 AM.

g.  The web history on BARAHONA's laptop, shows a single login to an Amazon account associated with BARAHONA's sister in May of 2020.

### Conclusion

11.  Based on the aforementioned factual information, I respectfully submit that there is probable cause to support the arrest of MARK BARAHONA, for possession of visual depictions of minors engaged in sexually explicit conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2).

FURTHER SAYETH YOUR AFFIANT NAUGHT.

_____
Jenny Cerna
Deputy US Marshal, TFO
Federal Bureau of Investigation

Attested to by the applicant in accordance with
the requirements of Fed. R. Crim. P. 4.1 by:
__Face Time__

_____
HONORABLE JUDGE JONATHAN GOODMAN
UNITED STATES MAGISTRATE JUDGE

7